ORIGINAL VIA FAX

FILED

08 JUL 24 PM 12:56

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: Ea DEPUTY

GREENBERG TRAURIG, LLP
GREGORY F. HURLEY (SBN 126791)
3161 MICHELSON DRIVE, SUITE 1000
Irvine, California 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501

Attorneys for Defendant
KFC CORPORATION,
erronousley sued and served as KFC NATIONAL MANAGEMENT CO DBA KFC #Y450108

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARBARA HUMPHREY,<br><br>Plaintiff,<br><br>vs.<br><br>KFC NATIONAL MANAGEMENT CO DBA KFC #Y450108; And DOES 1 THROUGH 10,<br><br>Defendants. | Case No. '08 CV 1337 J LSP<br><br>**DEFENDANT'S FRCP 7.1 DISCLOSURE STATEMENT** |



CK

Defendant KFC CORPORATION (erroneously sued and served as KFC NATIONAL MANAGEMENT CO DBA KFC #Y450108) hereby submits the following Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Notice of Party with Financial Interest pursuant to Local Rule 40.2:

KFC CORPORATION is a publicly traded company. No other publicly held company has an ownership interest of 10 percent or more in KFC CORPORATION.

Dated: July 24, 2008

GREENBERG TRAURIG, LLP

By [signature]

GREGORY F. HURLEY
Attorneys for Defendants
KFC CORPORATION, erronousley sued and served as KFC NATIONAL MANAGEMENT CO DBA KFC #Y450108

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **3161 Michelson Drive, Suite 1000, Irvine, CA 92612.**

On the date below, I served the **DEFENDANT'S FRCP 7.1 DISCLOSURE STATEMENT** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

Theodore A. Pinnock, Esq.
PINNOCK & WAKEFIELD
3033 Fifth Avenue, Suite 410
San Diego, CA 92103
T: (619) 858-3671
F: (619) 858-3646

☒ **(BY MAIL)**

☐ I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid.

☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Irvine, California, in the ordinary course of such business.

☐ **(BY FEDERAL EXPRESS)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Federal Express. Under the practice it would be deposited with Federal Express on that same day with postage thereon fully prepared at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express.

☐ **(BY PERSONAL SERVICE)**
I delivered such envelope by hand to the offices of the addressee. Executed on Type Date here, at Irvine, California.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 24, 2008, at Irvine, California.

Signature

Susan L. Connor



*OC 286,283,684v2 7-23-08*