ORIGINAL VIA FAX

FILED
08 JUL 24 PM 12:56
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: EG DEPUTY

GREENBERG TRAURIG, LLP
GREGORY F. HURLEY (SBN 126791)
3161 MICHELSON DRIVE, SUITE 1000
Irvine, California 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501

Attorneys for Defendant,
KFC CORPORATION, erronousley sued and served as
KFC NATIONAL MANAGEMENT CO DBA KFC #Y450108

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARBARA HUMPHREY,<br><br>Plaintiff,<br><br>vs.<br><br>KFC NATIONAL MANAGEMENT CO DBA KFC #Y450108; And DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No. '08 CV 1337 J LSP<br><br>**NOTICE OF RELATED CASE** |



CR

Pursuant to Local Rule 40.1(e), Defendant KFC CORPORATION (erroneously sued and served as KFC NATIONAL MANAGEMENT CO DBA KFC #Y450108) ("KFC") discloses that the above-entitled action is related to another action, *Barbara Humphrey v. Lois Mitchell; My Daily Sub Inc., dba Subway Sandwiches #18347,* Case No. 37-2008-00071274-CU-CR-SC, pending in Superior Court of California, County of San Diego, filed on June 23, 2008, as well.

The instant action and the *Humphrey v. Mitchell*, et al. action involve the same plaintiff, the same claims, and virtually the same exact allegations. In each action, plaintiff claims that her rights under the Americans with Disabilities Act and similar state laws were violated by defendants.

Dated: July 24, 2008

GREENBERG TRAURIG, LLP

By [signature]

GREGORY F. HURLEY
Attorneys for Defendant
KFC CORPORATION, erronousley sued and served as KFC NATIONAL MANAGEMENT CO DBA KFC #Y450108

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **3161 Michelson Drive, Suite 1000, Irvine, CA 92612.**

On the date below, I served the **NOTICE OF RELATED CASE** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

Theodore A. Pinnock, Esq.
PINNOCK & WAKEFIELD
3033 Fifth Avenue, Suite 410
San Diego, CA 92103
T: 619 858-3671
F: 619 858-3646

☒ **(BY MAIL)**

☐ I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid.

☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Irvine, California, in the ordinary course of such business.

☐ **(BY FEDERAL EXPRESS)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Federal Express. Under the practice it would be deposited with Federal Express on that same day with postage thereon fully prepared at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express.

☐ **(BY FACSIMILE)**
On Type Date here, I transmitted the foregoing document(s) by facsimile sending number. Pursuant to rule 2009(i)(4), I caused the machine to print a transmission record of the transmission, a true and correct copy of which is attached to this declaration.

☐ **(BY PERSONAL SERVICE)**
I delivered such envelope by hand to the offices of the addressee. Executed on Type Date here, at Irvine, California.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 24, 2008, at Irvine, California.

Signature

Susan L. Connor